UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VANESSA BRITO,**

    **Plaintiff,**

**v.**                                                                Case No: 8:22-cv-2700-MSS-TGW

**VERA BRADLEY DESIGNS, INC.,**

    **Defendant.**

---

### ORDER OF DISMISSAL

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 21), and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of February 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party